

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2018

No. 04-18-00294-CR

Michael Lemone **ROBERTS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 14, Bexar County, Texas
Trial Court No. 526617
The Honorable Susan Skinner, Judge Presiding

# **O R D E R**

On September 12, 2018, we abated this appeal to the trial court to determine whether appellant is indigent. On September 26, 2018, the trial court clerk filed a supplemental clerk's record containing an order of appointment of new appellate counsel. Thereafter, on October 3, 2018, the court reporter filed the reporter's record. Accordingly, this appeal is reinstated on the docket of this court. The appellant's brief is due 30 days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2018.

_____
Keith E. Hottle
Clerk of Court